UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Penn National Mutual Casualty Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Trane, U.S., Inc. et al.<br><br>Defendants. | Civ. Action No. 15-2320  (JMV)<br><br><br><br><br><br><u>**ORDER**</u> |

**John Michael Vazquez, U.S.D.J.**

       This matter having come before the Court upon the Report and Recommendation of Magistrate Judge James Clark, filed on August 4, 2016, recommending that defendant Trane's Motion to Transfer Venue from the District of New Jersey to the Eastern District of North Carolina be granted; and this Court receiving no objection thereto; and this Court having reviewed the issues therein and being satisfied that good cause has been shown for the entry of this Order,

       **IT IS** on this 16th day of September, 2016, hereby

       **ORDERED** that the Report and Recommendation of Magistrate Judge James Clark is adopted and incorporated as the Opinion of this Court; and it is further

**ORDERED** that the Clerk of the Court shall transfer this matter to the Eastern District of North Carolina.

                                                                                    <u>s/ John Michael Vazquez</u>

                                                                                    John Michael Vazquez, U.S.D.J.